## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ELIZABETH and BRIAN BRITT, | ) |
| | ) |
| Claimants/Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:20-CV-00383 |
| THE TERMINIX INTERNATIONAL | ) |
| COMPANY, INC. and TERMINIX | ) |
| INTERNATIONAL CO., L.P., | ) |
| | ) |
| Respondents/Defendants. | ) |

## JOINT MOTION TO VACATE ARBITRATION AWARD

Claimants/Plaintiffs Elizabeth and Brian Britt and Respondents/Defendants the Terminix International Company, Inc. and Terminix International Company, L.P. jointly and respectfully request that this Court vacate the July 31, 2020 Award of Arbitrator in the matter of *Britt v. The Terminix International Co., L.P., et al.* (AAA Case No. 01-18-0003-2867) (award attached as Exhibit A). The parties have reached a resolution of the matter, including an agreement to vacate the arbitration award. The parties further request that the Court retain jurisdiction over any disputes related to the performance of the parties' settlement agreement.

/s/ Brantley T. Richerson (w/permission)
One of the Attorneys for Elizabeth and
Brian Britt

**OF COUNSEL:**
Brantley T. Richerson *brant@kblawllc.com*
**KOPESKY & BRITT, LLC**
451 Magnolia Avenue
P.O. Box 1138
Fairhope, AL 36533

                                                   /s/ M. Christian King
                                                   One of the Attorneys for Terminix
                                                   International Company, Inc. and
                                                   Terminix International Company, L.P.

**OF COUNSEL:**
M. Christian King *cking@lightfootlaw.com*
James W. Gibson *jgibson@lightfootlaw.com*
Charles M. Hearn *chearn@lightfootlaw.com*
**LIGHTFOOT, FRANKLIN & WHITE, L.L.C.**
400 North 20th Street
Birmingham, Alabama  35203

## CERTIFICATE OF SERVICE

      I certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on December 17, 2020, which will send electronic notification of the filing to the parties.

                                                   /s/ M. Christian King
                                                   Of Counsel