## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH BRITT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIV. A. NO. 20-0383-MU |
| ) | |
| THE TERMINIX INTERNATIONAL ) | |
| COMPANY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This action is before the Court on the parties' Joint Motion to Vacate Arbitration Award and notice from the parties that this action has settled. (Doc. 36). Pursuant to the agreement of the parties, the motion (Doc. 36) is hereby **GRANTED** and the July 31, 2020 Award of Arbitrator in the matter of *Britt v. The Terminix International Co., L.P., et al.* (AAA Case No. 01-18-0003-2867) is **VACATED.** In addition, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of either party to reinstate the action within ninety (90) days of the date of this Order should the settlement agreement not be completed. In light of this Order, all other pending motions (Docs. 1, 14, 18, 21, 25, and 26) are **DENIED AS MOOT.**

**DONE** and **ORDERED** this the **23rd** day of **December, 2020**.

s/P. BRADLEY MURRAY  
**UNITED STATES MAGISTRATE JUDGE**